UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ODOLPH WRIGHT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO. 2020CV342826 |
| | : | |
| WALMART STORES EAST, LP | : | |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

Defendant Walmart Stores East, LP ("Walmart"), pursuant to 28 U.S.C. § 1441, respectfully removes this case to the United States District Court for the Northern District of Georgia, Atlanta Division.  The grounds for removal are as follows:

**1.** **Parties and Service.**

On November 24, 2020, a civil action was filed in the Superior Court of Fulton County, State of Georgia, entitled *Odolph Wright v. Walmart Stores East, LP*. Case No. 2020CV342826.  Defendant Walmart was served with the Summons and Complaint on January 16, 2021.  Defendant Walmart Stores East, LP consents to this removal. Other than the filing and service of the Complaint and Summons, no proceedings have transpired in this matter.

**2.     Timing of Removal and Attachment of Necessary Documents.**

This Notice of Removal is timely filed within thirty (30) days of the first day of service pursuant to 28 U.S.C. § 1446(b).  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings served on Walmart are attached hereto as Exhibit 1.  No other pleadings have been served.

**3.     Basis for Removal – Federal Question Jurisdiction.**

This is an employment case.  This Court has original federal question jurisdiction over this case because Plaintiff's Complaint alleges violations of federal law under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*  (*See* Complaint). Pursuant to 28 U.S.C. § 1441(b), "any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treatises or law of the United States shall be removable without regard to the citizenship or residence of the parties."

This Court has supplemental jurisdiction over the Georgia state law claims brought in the Complaint pursuant to 28 U.S.C. § 1367(a) because all such claims "form part of the same case or controversy."  Thus, the entire action is removable under 28 U.S.C. §§ 1331, 1367 and 1441(b)-(c).

**4.      Procedural Requirements and Disclosures.**

Venue in the Federal District Court for the Northern District of Georgia, Atlanta Division, is proper under 28 U.S.C. § 1441(a) because the state court where the action was filed is located in this district.  There are no other Defendants from whom consent to remove is required.

Walmart states that a true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Fulton County, State of Georgia, promptly after the filing of this Notice of Removal, as required by 28 U.S.C. §1446(d).

Because this Court has original jurisdiction over this action and Walmart has satisfied the procedural requirements for removal, removal of this action to the United States District Court for the Northern District of Georgia is proper.

No admission of fact, law, or liability is intended by this Notice of Removal, and Walmart expressly reserve all defenses, affirmative defenses, and motions.

**WHEREFORE**, Walmart prays that this Notice of Removal be deemed good and sufficient, and that Plaintiff's state court action be removed into this Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring it copies of all records and proceedings in such civil action and proceed as if it has been originally commenced in this Court.

FONT CERTIFICATION

Pursuant to LR 7.1D, NDGa, the undersigned hereby certifies that this Notice of

Removal was prepared using Times New Roman (14 point), as approved by LR 5.1B,

NDGa.

Respectfully submitted,

_Chandra C. Davis_

Chandra C. Davis
Georgia Bar No. 141801
The Employment Law Solution: McFadden
Davis, LLC
800 Mt. Vernon Hwy, NE
Suite 410
Atlanta, Georgia 30328
Telephone: (678) 424-1380
Facsimile:  (404) 891-6840
cdavis@theemploymentlawsolution.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I further certify that, on February 12, 2021, I electronically filed this **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following individuals of record:

> Odolph Wright
> PO Box 82752
> Atlanta, GA 30354

/s/ Chandra C. Davis

Chandra C. Davis
