# EXHIBIT A

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. 2020CV342826

Date Filed 11/14/20

Attorney's Address
Rev. Odolph Singh
P.O. Box 82752
Atlanta, GA, 30354
(7)873-6593

Name and Address of Party to be Served
Walmart Stores East, LP
844 Cleveland Ave
East Point, GA.

**SUPERIOR COURT**

GEORGIA, FULTON COUNTY

Rev. Odolph Singh

_____ Plaintiff

VS.

Walmart Stores East LP

_____ Defendant

**SHERIFF'S ENTRY OF SERVICE**

☐ **PERSONAL**
I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **NOTORIOUS**
I have this day served the defendant _____ by leaving a copy of the action and summons at this most place notorious place of abode in this county.
Delivered same into hands of _____ described as follows age, about ___ years; weight, about ___ pounds; height about ___ feet and ___ inches, domiciled at the residence of the defendant.

☑ **CORPORATION**
Served the defendant Walmart Store _____ a corporation by leaving a copy of the with in action and summons with Brandi Jackson - manager in charge of the office and place of doing business of said Corporation in this County.

☐ **TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon continuing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **NON EST**
Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This 16 day of January 20 21.

Sgt. Morgan #2522

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE - CLERK; CANARY - PLAINTIFF; PINK - DEFENDANT



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303

## SUMMONS

Rev. Odelph Wright
P.O. Box 82752 Atlanta, Ga. 30354
Plaintiff,

vs.

Walmart Stores East, LP
844 Cleveland Ave, East Point, GA. 30344
Defendant

) Case No.: **2020CV342826**
)
)
)
)
)
)
)
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efileza.tylerhost.net/ofsweb and serve upon plaintiff's attorney, whose name and address is:

Rev. Odelph Wright
P.O. Box 82753 Atlanta, GA. 30354

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

This _____ day of **11/24/2020**, 20 ____

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By _____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20____

_____
Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

Fulton County Superior Court
***EFILED***JT
Date: 11/24/2020 1:37 PM
Cathelene Robinson, Clerk

IN THE _Superior_ COURT OF _Fulton_ COUNTY
STATE OF GEORGIA

Rev. Odolph Wright
Plaintiff

CIVIL ACTION NO. 2020CV342826

v.

Walmart Stores East, LP
Defendant

Jamie Rotteveel, Esq. for Respondent

COMPLAINT FOR **DISCRIMINATION**

Now comes _Rev. Odolph Wright_, plaintiff in the above-styled action, and states his complaint as follows:

The defendant is _Walmart Stores East, LP_, who is a resident of _Cleveland Ave S.W._ Street, City of _Eastpoint_, _Fulton_ County, Georgia, and is subject to the jurisdiction of this court.

2. List short and plain statement in separately numbered paragraphs of claim sued upon.

Plaintiff were hired by Walmart as a Cashier; upon completion of training, because plaintiff is a (80yo) old Senior Citizen; & much older than the other trainees; the manager, asked me if I wanted to be a Janitor; I Responded "no." I was told that I would be a good janitor. Then I was assigned to go into the parking lot to pick up paper. I stated to the manager that I was a (preacher) & that I didn't want to be seen outside picking up paper; many people knew me as (a preacher); nevertheless, the manager stated, you might be to slow as a Cashier; & asked me to go outside & pick up papers from the parking lot, in which I yelled & injured myself. I told her I wanted to be a cashier so that I could teach the younger Generation that wasn't taught by their absentee fathers! She stated, I would like for you to meet my son, my son is a Retired Fulton County Sheriff; & she shown me his picture. Hind Sight: I see that she were buttering me up & packing me, while she were switching
3. List statement of damages, with items of special damages, stated specifically.
My job title from Cashier to Janitor!!! //

I injured my back, leg, arms, & hips.
I had quite a few weeks of therapy!

"I am suing for Injuries and Discrimination of (Age) 80 yrs old + (Religion) as my Being a (Preacher); for Punitive Damages. She, didn't want me Teaching to the youngest kids, So she assigned me to a Janitor position, So that I wouldn't be around the Cashiers to teach them."

WHEREFORE, plaintiff demands judgment against defendant for the sum of $ 50,000 together with interest and the costs of this action.

Rev. Odolph Wright

Plaintiff
Address
Telephone number

P.O. Box 82752
Atlanta, GA. 30354
7) 873-6593

IN THE _Superior_ COURT OF _Fulton_ COUNTY
STATE OF GEORGIA

_Rev. Odolph Wright_
Petitioner

VS

_Walmart Stores Est Lp_
Respondent

Civil Action File No: _____

## VERIFICATION

I, (your name) _Rev. Odolph Wright_, personally appeared before the undersigned Notary Public, and say under oath that I am the (check one :)
☒ Petitioner ☐ Respondent in the above styled action and that the facts stated in the

(name of petition, motion, complaint) _Complaint_
are true and correct.

This the _20_ day of _November_, 20 _20_.
   [day]                    [month]            [year]

X _Rev. Odolph Wright_
(Sign your name here in front of the Notary)

Name (print or type here):
_Rev. Odolph Wright_
Address:
_P.O. Box 82752_
_Atlanta, GA. 30354_

Telephone number:
( _7_ ) _873-6593_

Sworn to and subscribed before me, this
_20th_ day of _Nov._, 20_20_.

_Marvin Wooley_
NOTARY PUBLIC
My Commission Expires: 1/21/2023
(Notary Seal)

[Notary seal: MARVIN WOOLEY, NOTARY PUBLIC, COMMISSION EXPIRES Jan. 21, 2023, DEKALB COUNTY, GA]

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| ODOLPH WRIGHT, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : FILE NO. 2020CV342826 |
| | : |
| WALMART STORES EAST, LP | : |
| | : |
| | : |
| Defendant. | : |

**COMPLAINT FOR DISCRIMINATION**

**Transcription**

Now comes Rev. Odolph Wright, plaintiff in the above styled action, and states his complaint as follows:

The defendant is Walmart Stores East, LP, who is a resident of Cleveland Ave. Street S.W., City of East Point, Fulton County, Georgia, and is subject to the jurisdiction of this court.

*2. List short and plain statement in separately numbered paragraphs of claim sued upon.*

Plaintiff was hired by Walmart as a cashier upon completion of training. Because Plaintiff is a (80 year) old senior citizen and much older than the other trainees; the manager asked me if I wanted to be a janitor. I responded no!! I was told that I would be a good janitor!! Then I was assigned to go into the parking lot to pick up paper!! I stated to the manager that I was a (preacher)

1

and that I did not want to be seen outside picking up paper!! Many people know me as (a preacher); nevertheless, the manger stated you might be too slow as a cashier and asked me to go outside and pick up paper from the parking lot. In which I s [sic] and injured myself. I told her I wanted to be a cashier so that I could teach the younger generation that wasn't taught by their absentee father! She stated, I would like for you to meet my grandmother who is a retired Fulton County sheriff; and she shown me her picture. Hindsight I see that she were buttering me up and pacifying me, while she were switching my job title from cashier to janitor!!!

    *3. List statement of damages with items of special damages stated specifically.*

I injured my back, leg, arms(?), and hips!!

I had quite a few weeks of therapy!

I am suing for injuries and discrimination of (Aged) 80 yrs old and (Religion) as me being a (preacher); for punitive damages. She didn't want me teaching the young kids, So she assigned me to a janitor position, So that I wouldn't be around to(?) cashier to teach them.

**WHEREFORE,** plaintiff demands judgment against the defendant for the sum of $50,000 together with interest and the costs of this action.

Rev. Odolph Wright<br>
Plaintiff<br>
Address<br>
Telephone number<br>
PO Box 82752<br>
Atlanta, GA 30354<br>
7)873-6593

2