# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| REV. ODOLPH WRIGHT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV-00636-ELR |
| | * | |
| WALMART STORES EAST, LP, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**
_____

This case is before the Court on Magistrate Judge Justin S. Anand's Final Report and Recommendation ("R&R"). [Doc. 21]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 21] as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Plaintiff's Motions to Remand. [Docs. 12, 18]. However, the Court **GRANTS** Plaintiff's Motion to

Dismiss [Doc. 19] and **DISMISSES WITHOUT PREJUDICE** this action. Lastly, the Court **DIRECTS** the Clerk to close this case.

    **SO ORDERED**, this 30th day of August, 2021.

*[signature: Eleanor L. Ross]*

Eleanor L. Ross
United States District Judge
Northern District of Georgia